[L. A. No. 11927.  In Bank.—February 21, 1930.]

GERTRUDE HOWE, Petitioner, v. MUNICIPAL COURT OF THE CITY OF LOS ANGELES, etc., et al., Respondents.

Max Lewis and Gerald R. Edgington for Petitioner.

Lloyd S. Nix, City Prosecutor, and Joe W. Matherly and F. W. Fellows, Deputies City Prosecutor, for Respondents.

THE COURT.— ■ Upon the authority of *Hansen* v. *Municipal Court*, 208 Cal. 506 [282 Pac. 384], and *Keaton* v. *Municipal Court* (L. A. No. 11849), *ante*, p. 52 [285 Pac. 696], this day decided, we are of the opinion that the peremptory writ of mandate should be issued as prayed for, and it is so ordered.

---

[S. F. No. 13695.  In Bank.—February 21, 1930.]

ROBERT G. WELCH, Petitioner, v. SUPERIOR COURT OF LOS ANGELES COUNTY et al., Respondents.

Waldo, Hinds & Lawrence for Petitioner.

Buron Fitts, District Attorney, and Tracy Chatfield Becker, Deputy District Attorney, for Respondents.

THE COURT.—■ Upon the authority of *Hansen* v. *Municipal Court,* 208 Cal. 506 [282 Pac. 384], and *Keaton* v. *Municipal Court* (L. A. No. 11849), *ante,* p. 52 [285 Pac. 696], this day decided, we are of the opinion that the peremptory writ of mandate should be issued as prayed for, and it is so ordered.

[S. F. No. 13706. In Bank.—February 21, 1930.]

NATHAN SCHWARTZ, Petitioner, v. MUNICIPAL COURT OF THE CITY OF LOS ANGELES, etc., et al., Respondents.